**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 98-7777

---

HENRY GILMORE,

Plaintiff - Appellant,

versus

HENRY BROWN, Correctional Officer, 3rd Shift;
DEZERREL WALKER, Correctional Officer, Lieu-
tenant, 3rd Shift,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. Terrence W. Boyle, Chief Dis-
trict Judge. (CA-98-63-5-BO)

---

Submitted: February 11, 1999      Decided: February 25, 1999

---

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Henry Gilmore, Appellant Pro Se. Sharon Coull Wilson, OFFICE OF THE
UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Henry Gilmore appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gilmore v. Brown, No. CA-98-63-5-BO (E.D.N.C. Nov. 4, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2